UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CHRISTOPHER K. ROWAN,  No. 11-13516

Debtor(s).
_____/

Tentative Decision
_____

A Chapter 7 discharge, once entered, can be set aside only by a trustee, creditor, or the U.S. Trustee, and not by motion of the debtor. *In re Leiter,* 109 B.R. 922, 922 (Bkrtcy.N.D. Ind. 1990). Only a trustee can borrow against estate assets. 11 U.S.C. §§ 363, 364. Accordingly, the court is not in any way inclined to grant the debtor's unsupported motion to borrow against estate property, vacate his discharge and dismiss this case.

Dated: June 27, 2012

Alan Jaroslovsky
U.S. Bankruptcy Judge